UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CODY BUNGANICH,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant. | Case No. 2:19-CV-01727-JCM-EJY<br><br>**ORDER** |

      Before the Court is the parties' incomplete Stipulated Discovery Plan and Scheduling Order. ECF No. 9.

      Accordingly,

      IT IS HEREBY ORDERED that the Stipulated Discovery Plan and Scheduling Order is DENIED. The parties are hereby ORDERED to submit a discovery plan and scheduling order that complies with the provisions of U.S. District Court Local Rule 26-1(b) within seven (7) days of the date of this Order.

      DATED: November 1, 2019

                                                    _____
                                                    ELAYNA J. YOUCHAH
                                                    UNITED STATES MAGISTRATE JUDGE