Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CODY BUNGANICH, )
)
Plaintiff, ) Case No. 2:19-cv-01727-JCM-EJY
)
vs. )
)
EXPERIAN INFORMATION SOLUTIONS, INC. ) **STIPULATION AND ORDER FOR**
) **DISMISSAL WITH PREJUDICE**
Defendant. )
)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                         SNELL & WILMER, L.L.P.

_____                    _____
MITCHELL D. GLINER, ESQ.                         BOB L. OLSON, ESQ.
Nevada Bar No. 003419                            Nevada Bar No. 003783
3017 W. Charleston Blvd. # 95                    CHARLES E. GIANELLONI, ESQ.
Las Vegas, Nevada 89102                          Nevada Bar No. 012747
Attorney for Plaintiff                           3883 Howard Hughes Pkwy., # 1100
                                                 Las Vegas, Nevada 89169
                                                 Attorneys for Defendant

IT IS SO ORDERED February 4, 2020.

_____
UNITED STATES DISTRICT JUDGE